USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRAULIO THORNE, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

                Plaintiffs,

                v.

QUANTBIOME INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MEMORANDUM ENDORSED**

No.: 1:24-cv-2323

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), BRAULIO THORNE in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, QUANTBIOME INC., with prejudice and without fees and costs.

Dated: New York, New York
        June 26, 2024

                              **GOTTLIEB & ASSOCIATES PLLC**

                              <u>/s/Michael A. LaBollita, Esq.</u>

                              Michael A. LaBollita, Esq., (ML-9985)
                              150 East 18th Street, Suite PHR
                              New York, NY 10003
                              Phone: (212) 228-9795
                              Fax: (212) 982-6284
                              Michael@Gottlieb.legal

                              *Attorneys for Plaintiffs*

---

Plaintiff has voluntarily dismissed this case under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

Dated: June 26, 2024
SO ORDERED:

*[signature]*

United States District Court Judge
The Honorable Gregory H. Woods